**BARRY ROSEN**
**PO Box 48032**
**Los Angeles, CA 90048**
**Telephone: (323) 653-2043**
**Email: brcopysuit-court@yahoo.com**

**Pro Se Filing**



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Barry Rosen,

       Plaintiff,

      vs.

Imagevenue.com, Contact Privacy Inc.,
iWeb Technologies Inc. and Does 1
through 10,

      Defendants.

**CV13- 1742** SJO(MANx)

**Case No.**
**Complaint for Copyright**
**Infringement**

**Demand for Jury Trial**

Plaintiff Barry Rosen ("Plaintiff") alleges:

## Jurisdiction and Venue

1. ***Subject Matter Jurisdiction.*** This action arises under the Copyright Act, 17 U.S.C. ' 101 *et seq*. This Court has original subject matter jurisdiction over all claims pursuant to 28 U.S.C. '' 1331 and 1338(a).

2. ***Venue.*** Venue is proper in this Court pursuant to 28 U.S.C. Section 1391 (b), (c), and Section 1400(a).

**Complaint**

3.    ***Personal Jurisdiction.*** Personal jurisdiction is proper over the Defendants because they either reside in California or the wrongful activity at issue concerns Defendants' operation of commercial businesses through which Defendants knowingly transact business and enter into contracts with individuals in California, including within the County of Los Angeles or have engaged in intentional acts that willfully infringed or assisted in the infringement of Plaintiffs copyrights. Each of the Defendants, therefore, has purposefully availed itself of the privilege of doing business in California, and material elements of Defendants' wrongdoing occurred in this State, *i.e.*, Defendants caused the infringing images to be distributed to and displayed in Los Angeles County to thousands of persons.

4.    Plaintiff does not presently know the true names and capacities of the defendants named as Does 1 through 10 and therefore sues such defendants by these fictitious names. Plaintiff believes that the Doe Defendants are persons or entities who are involved in the acts set forth below, either as independent contractors, agents, or employees of the known defendants, or through entering into a conspiracy and agreement with the known Defendants to perform these acts, for financial gain and profit, in violation of Plaintiff's rights. Plaintiff will request leave of Court to amend this Complaint to set forth their true names, identities and capacities when Plaintiff ascertains them. The Doe defendants and the known Defendants are referred to hereinafter collectively as "Defendants."

5.    Defendants have been or are the principals, officers, directors, agents, employees, representatives, and/or co-conspirators of each of the other defendants, and in such capacity or capacities participated in the acts or conduct alleged herein and incurred liability therefor. At some unknown time, the Defendants, or some of them, entered into a conspiracy with other

of the Defendants to commit the wrongful acts described herein. The actions described below were taken in furtherance of such conspiracy. Defendants aided and abetted each other in the wrongful acts alleged herein. Each of the Defendants acted for personal gain or in furtherance of their own financial advantage in doing the acts alleged below.

### First Claim for Relief for Copyright Infringement
### (Against All Defendants)

6.   Plaintiff realleges paragraph 1 through 5.

7.   Plaintiff is a photographer. Plaintiff created the photographs identified in Exhibit A attached hereto ("Photographs"). Each of the Photographs consists of material original with Plaintiff and each is copyrightable subject matter. Plaintiff is the owner of all right, title, and interest in and to each of the Photographs. Plaintiff has registered the copyrights for the Photographs and has been issued Certificates of Registration.

8.   Under Section 106 of the Copyright Act of 1976, 17 U.S.C. ' 101 *et seq*. (the "Copyright Act"), Plaintiff has the distinct, severable, and exclusive rights, *inter alia*, to reproduce, distribute and publicly display the Photographs. (17 U.S.C. '' 106(1), (3), and (5).)

9.   Defendants Imagevenue.com (collectively "Imagevenue") is an internet website, and domain that is infringing on Plaintiffs  Photographs ("Direct Infringer") that is owned or operated by Does as of yet unknown.

10.  Defendants Contact Privacy Inc. (collectively "Contact") is the apparent owner of the domain Imagevenue.com and is believed to be acting in concert with the Imagevenue violator, by knowingly providing or knowingly causing to be provided materially false contact information to a domain name registrar, domain name registry, or other domain name registration authority service providers in order to hide the real owner/operator/violators identity.

**Complaint**

3

11. Defendants iWeb Technologies Inc. (collectively "iWeb") are internet service providers that own, operate, and/or host the website Imagevenue.com.

12. Within the last three years, Plaintiff discovered that Defendants, without Plaintiff's permission, consent or authority, (1) made or caused to be made unauthorized copies of the Photographs, (2) distributed, made available for distribution, and/or facilitated the unauthorized distribution of unauthorized copies of the Photographs, and/or (3) publicly displayed, made available for, and/or facilitated, the unauthorized public display of the Photographs, on the website Imagevenue.com.

13. Such conduct constitutes direct infringement of Plaintiff's copyrights and exclusive rights under copyright in the Photographs in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. '' 106 and 501.

14. Defendants enabled, induced, facilitated, and/or materially contributed to each act of infringement by infringing users. Defendants' conduct constitutes contributory infringement of Plaintiff's copyrights and exclusive rights under copyright in the Photographs in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. '' 106 and 501.

15. Defendants have and have had the right and ability to control the infringing conduct alleged above. Defendants have derived, or have continuously attempted or intended to derive, a direct financial benefit from the infringing use of the Photographs. As a direct and proximate result of Defendants' failure and refusal to control and prevent the infringing activity, Defendants have infringed Plaintiffs' copyrights in the Photographs as set forth above. Defendants' conduct constitutes vicarious infringement of Plaintiff's copyrights and exclusive rights under copyright in the Photographs in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. '' 106 and

**Complaint**

501.

16. Defendants' acts of infringement were ongoing, willful, intentional, and purposeful, and/or in reckless disregard of and with indifference to Plaintiff's rights in that Defendants knew or recklessly failed to know that they did not have the right to use the Photographs in the manner in which they used the Photographs. Defendants have knowingly engaged and continue to engage in the business of inducing, causing, and/or materially contributing to the unauthorized reproduction, public display, and/or distribution of copies of the Photographs. Defendants actions are reckless as defendants have consistently shown lack of regard for complying with various legal obligations, including, but not limited to removing or disabling infringing activities upon knowledge thereof. Defendants have failed and continue to fail to take simple measures available to it to ensure that infringing activities were removed or disabled.

17. The Defendants knowingly provided or knowingly caused to be provided materially false contact information to a domain name registrar, domain name registry, or other domain name registration authority in registering, maintaining, or renewing a domain name used in connection with the infringements in violation of Sections 504 of the Copyright Act, 17 U.S.C. "504 (c)(3)".

18. As a direct and proximate result Defendants' infringements, Plaintiff was damaged, and Plaintiff is entitled to his actual damages and Defendants' profits pursuant to 17 U.S.C. section 504(b).

19. Alternatively, at Plaintiff's election, Plaintiff is entitled to the maximum statutory damages pursuant to 17 U.S.C. Section 504(c) with respect to each work infringed or such other amounts as may be proper under 17 U.S.C. Section 504(c).

**Complaint**

20.   Plaintiff is entitled to attorneys' fees and costs pursuant to 17 U.S.C. Section 505.

WHEREFORE, Plaintiff prays for judgment against Defendants and each of them as follows:

1.   For Plaintiff's actual damages.

2.   For a full accounting under supervision of this Court of all profits, income, receipts, or other benefits derived by Defendants as a result of their willful and unlawful conduct.

3.   For statutory damages under the Copyright Act.

4.   For prejudgment interest.

5.   For attorneys' fees and costs.

6.   For preliminary and permanent injunctive relief from ongoing infringing activities, including, but not limited to:

   a.   enjoining Defendants, and all persons acting in concert or participation with them, from: directly or indirectly infringing in any manner, or causing, contributing to, enabling, facilitating, or participating in the infringement, of Plaintiff's copyrights (whether now in existence or hereafter created) or exclusive rights under copyright, and

   b.   b.   the seizure of all property made in, or used to assist in the, violation of Plaintiff's exclusive copyrights pursuant to 17 U.S.C. §503, including, but not limited to, all copies of the Photographs, all domains and all servers and other computer equipment used to publish, broadcast or archive the Photographs.

   c.   For such other and further relief as this Court deems just and appropriate.

7.   For such other and further relief as this Court deems just and appropriate

**Complaint**

6

1

2  Dated: March 11, 2013

3

4

5                                                BY: _____

6                                                    BARRY ROSEN
                                                     Pro Se
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Complaint**

1

## **DEMAND FOR JURY TRIAL**

2

3
Plaintiff demands a jury trial in this case.

4
Dated: March 11, 2013

5

6

7
BY: _____

8
BARRY ROSEN
Pro Se

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Complaint**
8

**Exhibit 1 to Complaint**

*Barry Rosen v. Imagevenue.com, Contact Privacy Inc., iWeb Technologies Inc. and Does 1 through 10,*

| Title of Registration | Subject | # Of Images | Registration | Author |
|---|---|---|---|---|
| Daisy Fuentes | Daisy Fuentes | 1 | VAu692-230 | Barry W. Rosen |
| Daisy Fuentes | Daisy Fuentes | 1 | VAu692-230 | Barry W. Rosen |
| Daisy Fuentes | Daisy Fuentes | 1 | VAu692-230 | Barry W. Rosen |
| Daisy Fuentes | Daisy Fuentes | 1 | VAu692-230 | Barry W. Rosen |
| Daisy Fuentes | Daisy Fuentes | 1 | VAu692-230 | Barry W. Rosen |
| Daisy Fuentes | Daisy Fuentes | 1 | VAu692-230 | Barry W. Rosen |
| Daisy Fuentes | Daisy Fuentes | 1 | VAu692-230 | Barry W. Rosen |
| Daisy Fuentes | Daisy Fuentes | 1 | VAu692-230 | Barry W. Rosen |
| Daisy Fuentes | Daisy Fuentes | 1 | VAu692-230 | Barry W. Rosen |
| Daisy Fuentes | Daisy Fuentes | 1 | VAu692-230 | Barry W. Rosen |
| Daisy Fuentes | Daisy Fuentes | 1 | VAu692-230 | Barry W. Rosen |
| Daisy Fuentes | Daisy Fuentes | 1 | VAu692-230 | Barry W. Rosen |
| Daisy Fuentes | Daisy Fuentes | 1 | VAu692-230 | Barry W. Rosen |
| Published Works 2003 Pt 1 | Daisy Fuentes | 1 | VA 1-230-934 | Barry W. Rosen |
| Published Works 2003 Pt 2 | Daisy Fuentes | 1 | VA 1-239-762 | Barry W. Rosen |
| Published Works 2003 Pt 2 | Daisy Fuentes | 1 | VA 1-239-762 | Barry W. Rosen |
| Published Works 2003 Pt 2 | Daisy Fuentes | 1 | VA 1-239-762 | Barry W. Rosen |
| Published Works 1997 Pt 1 | Jeri Ryan | 1 | VA 1-231-031 | Barry W. Rosen |
| Published Works 1998 Pt 2 | Jeri Ryan | 1 | VA 1-231-030 | Barry W. Rosen |
| Jeri Ryan | Jeri Ryan | 1 | VAu660-267 | Barry W. Rosen |
| Jeri Ryan | Jeri Ryan | 1 | VAu660-267 | Barry W. Rosen |
| Jeri Ryan | Jeri Ryan | 1 | VAu660-267 | Barry W. Rosen |
| Jeri Ryan | Jeri Ryan | 1 | VAu660-267 | Barry W. Rosen |
| Jeri Ryan | Jeri Ryan | 1 | VAu660-267 | Barry W. Rosen |
| Published Works 1999 Pt 1 | Ali Landry | 1 | VA 1-230-922 | Barry W. Rosen |
| Published Works 2000 Pt 1 | Ali Landry | 1 | VA 1-230-933 | Barry W. Rosen |
| Ali Landry | Ali Landry | 1 | VAu660-263 | Barry W. Rosen |
| Ali Landry | Ali Landry | 1 | VAu660-263 | Barry W. Rosen |
| Ali Landry | Ali Landry | 1 | VAu660-263 | Barry W. Rosen |
| Ali Landry | Ali Landry | 1 | VAu660-263 | Barry W. Rosen |
| Ali Landry | Ali Landry | 1 | VAu660-263 | Barry W. Rosen |
| Ali Landry | Ali Landry | 1 | VAu660-263 | Barry W. Rosen |
| Ali Landry | Ali Landry | 1 | VAu660-263 | Barry W. Rosen |
| Charisma Carpenter | Charisma Carpenter | 1 | VAu660-265 | Barry W. Rosen |
| Charisma Carpenter | Charisma Carpenter | 1 | VAu660-265 | Barry W. Rosen |
| Charisma Carpenter | Charisma Carpenter | 1 | VAu660-265 | Barry W. Rosen |
| Charisma Carpenter | Charisma Carpenter | 1 | VAu660-265 | Barry W. Rosen |
| Charisma Carpenter | Charisma Carpenter | 1 | VAu660-265 | Barry W. Rosen |
| Sofia Vergara | Sofia Vergara | 1 | VAu660-266 | Barry W. Rosen |
| Sofia Vergara | Sofia Vergara | 1 | VAu660-266 | Barry W. Rosen |
| Published Works 2001 Pt 1 | Joanna Krupa | 1 | VA 1-230-935 | Barry W. Rosen |
| Published Works 2001 Pt 1 | Joanna Krupa | 1 | VA 1-230-935 | Barry W. Rosen |
| Published Works 2001 Pt 1 | Joanna Krupa | 1 | VA 1-230-935 | Barry W. Rosen |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge S. James Otero and the assigned discovery Magistrate Judge is Margaret A. Nagle.

The case number on all documents filed with the Court should read as follows:

## CV13- 1742 SJO (MANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═ ═

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
BARRY ROSEN
PO Box 48032
Los Angeles, CA 90048
Telephone: (323) 653-2043
Email: brcopysuit-court@yahoo.com
Pro Se

**FOR OFFICE USE ONLY**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Barry Rosen

PLAINTIFF(S)

v.

Imagevenue.com, Contact Privacy Inc., iWeb
Technologies Inc. and Does 1 through 10,

DEFENDANT(S).

CASE NUMBER

CV13- 1742 SJO(MANx)

**SUMMONS**

**FOR OFFICE USE ONLY**

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, Barry Rosen _____, whose address is PO Box 48032, Los Angeles, CA 90048 _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: 3-11-13

By: _____
Deputy Clerk

(Seal of the Court)

**FOR OFFICE USE ONLY**

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

Barry Rosen

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

Imagevenue.com, Contact Privacy Inc., iWeb Technologies Inc. and Does 1 through 10,

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
BARRY ROSEN
PO Box 48032
Los Angeles, CA 90048
Telephone:     (323) 653-2043

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

**IV. ORIGIN** (Place an X in one box only.)

☐ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

---

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No    ☒ **MONEY DEMANDED IN COMPLAINT:** $ $6,300,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright Infringement

---

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☒ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | ☐ 230 Rent Lease & Ejectment | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

---

**FOR OFFICE USE ONLY:** Case Number: _____

CV13- 1742

**AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   ☒ NO   ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Canada |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

**\*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____   DATE: 3/11/13

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |