NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Name & Address:
BARRY ROSEN
PO Box 48032
Los Angeles, CA 90048
Telephone: (323) 653-2043
Email: brcopysuit-court@yahoo.com
Pro Se



ATTORNEYS FOR: Plaintiff Barry Rosen

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Barry Rosen | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV13- 1742 SJO(MANx) |
| v. | |
| Imagevenue.com, Contact Privacy Inc., iWeb Technologies Inc. and Does 1 through 10, | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Plaintiff Barry Rosen
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

                      PARTY                                                    CONNECTION
           (List the names of all such parties and identify their connection and interest.)

Barry Rosen                                                                   Plaintiff

Imagevenue.com                                                                Defendants
Contact Privacy Inc.
iWeb Technologies Inc.


3/11/13                                       Sign: _____
Date

                                              Barry Rosen
                                              Attorney of record for or party appearing in pro per