AO 121 (6/90)

| TO: | | |
|---|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION     ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court for the Central District of California<br>255 East Temple Street<br>Los Angeles, CA 90012 |
|---|---|
| DOCKET NO.            DATE FILED | |
| PLAINTIFF<br>BARRY ROSEN | DEFENDANT<br>Imagevenue.com, Contact Privacy Inc., iWeb Technologies<br>Inc. and Does 1 through 10, |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See Attached Exhibit A | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

*(handwritten: CV13- 1742 SJO (MANx))*

*(stamp: FILED CLERK, U.S. DISTRICT COURT   MAR 11 2013   CENTRAL DISTRICT OF CALIFORNIA   BY _____ DEPUTY)*

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading | |
|---|---|---|
| REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order     ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes     ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Exhibit 1 to Report on the Filing or Determination of an Action or Appeal Regarding a Copyright**

*Barry Rosen v. Imagevenue.com, Contact Privacy Inc., iWeb Technologies Inc. and Does 1 through 10,*

| Title of Registration | Subject | # Of Images | Registration | Author |
|---|---|---|---|---|
| Daisy Fuentes | Daisy Fuentes | 1 | VAu692-230 | Barry W. Rosen |
| Daisy Fuentes | Daisy Fuentes | 1 | VAu692-230 | Barry W. Rosen |
| Daisy Fuentes | Daisy Fuentes | 1 | VAu692-230 | Barry W. Rosen |
| Daisy Fuentes | Daisy Fuentes | 1 | VAu692-230 | Barry W. Rosen |
| Daisy Fuentes | Daisy Fuentes | 1 | VAu692-230 | Barry W. Rosen |
| Daisy Fuentes | Daisy Fuentes | 1 | VAu692-230 | Barry W. Rosen |
| Daisy Fuentes | Daisy Fuentes | 1 | VAu692-230 | Barry W. Rosen |
| Daisy Fuentes | Daisy Fuentes | 1 | VAu692-230 | Barry W. Rosen |
| Daisy Fuentes | Daisy Fuentes | 1 | VAu692-230 | Barry W. Rosen |
| Daisy Fuentes | Daisy Fuentes | 1 | VAu692-230 | Barry W. Rosen |
| Daisy Fuentes | Daisy Fuentes | 1 | VAu692-230 | Barry W. Rosen |
| Daisy Fuentes | Daisy Fuentes | 1 | VAu692-230 | Barry W. Rosen |
| Daisy Fuentes | Daisy Fuentes | 1 | VAu692-230 | Barry W. Rosen |
| Published Works 2003 Pt 1 | Daisy Fuentes | 1 | VA 1-239-934 | Barry W. Rosen |
| Published Works 2003 Pt 2 | Daisy Fuentes | 1 | VA 1-239-762 | Barry W. Rosen |
| Published Works 2003 Pt 2 | Daisy Fuentes | 1 | VA 1-239-762 | Barry W. Rosen |
| Published Works 2003 Pt 2 | Daisy Fuentes | 1 | VA 1-239-762 | Barry W. Rosen |
| Published Works 1997 Pt 1 | Jeri Ryan | 1 | VA 1-231-031 | Barry W. Rosen |
| Published Works 1998 Pt 2 | Jeri Ryan | 1 | VA 1-231-030 | Barry W. Rosen |
| Jeri Ryan | Jeri Ryan | 1 | VAu660-267 | Barry W. Rosen |
| Jeri Ryan | Jeri Ryan | 1 | VAu660-267 | Barry W. Rosen |
| Jeri Ryan | Jeri Ryan | 1 | VAu660-267 | Barry W. Rosen |
| Jeri Ryan | Jeri Ryan | 1 | VAu660-267 | Barry W. Rosen |
| Jeri Ryan | Jeri Ryan | 1 | VAu660-267 | Barry W. Rosen |
| Published Works 1999 Pt 1 | Ali Landry | 1 | VA 1-230-922 | Barry W. Rosen |
| Published Works 2000 Pt 1 | Ali Landry | 1 | VA 1-230-933 | Barry W. Rosen |
| Ali Landry | Ali Landry | 1 | VAu660-263 | Barry W. Rosen |
| Ali Landry | Ali Landry | 1 | VAu660-263 | Barry W. Rosen |
| Ali Landry | Ali Landry | 1 | VAu660-263 | Barry W. Rosen |
| Ali Landry | Ali Landry | 1 | VAu660-263 | Barry W. Rosen |
| Ali Landry | Ali Landry | 1 | VAu660-263 | Barry W. Rosen |
| Ali Landry | Ali Landry | 1 | VAu660-263 | Barry W. Rosen |
| Ali Landry | Ali Landry | 1 | VAu660-263 | Barry W. Rosen |
| Charisma Carpenter | Charisma Carpenter | 1 | VAu660-265 | Barry W. Rosen |
| Charisma Carpenter | Charisma Carpenter | 1 | VAu660-265 | Barry W. Rosen |
| Charisma Carpenter | Charisma Carpenter | 1 | VAu660-265 | Barry W. Rosen |
| Charisma Carpenter | Charisma Carpenter | 1 | VAu660-265 | Barry W. Rosen |
| Charisma Carpenter | Charisma Carpenter | 1 | VAu660-265 | Barry W. Rosen |
| Sofia Vergara | Sofia Vergara | 1 | VAu660-266 | Barry W. Rosen |
| Sofia Vergara | Sofia Vergara | 1 | VAu660-266 | Barry W. Rosen |
| Published Works 2001 Pt 1 | Joanna Krupa | 1 | VA 1-230-935 | Barry W. Rosen |
| Published Works 2001 Pt 1 | Joanna Krupa | 1 | VA 1-230-935 | Barry W. Rosen |
| Published Works 2001 Pt 1 | Joanna Krupa | 1 | VA 1-230-935 | Barry W. Rosen |