Name & Address:
BARRY ROSEN
PO Box 48032
Los Angeles, CA 90048
Telephone: (323) 653-2043
Email: brcopysuit-court@yahoo.com
Pro Se

FILED
CLERK, U.S. DISTRICT COURT
JUL 10 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Barry Rosen

PLAINTIFF(S)

v.

Imagevenue.com, Contact Privacy Inc., iWeb Technologies Inc. and Does 1 through 10,

DEFENDANT(S).

CASE NUMBER

CV13- 1742 SJO(MANx)

**SUMMONS**

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Barry Rosen__, whose address is __PO Box 48032, Los Angeles, CA 90048__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: __3-11-13__

Clerk, U.S. District Court

By: _____
    Deputy Clerk

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].