ADAM I. GAFNI, Cal. Bar No. 230045
WOOLF GAFNI & FOWLER LLP
10850 Wilshire Blvd., Suite 510
Los Angeles, CA 90024
Tel: (310) 474-8776
Fax: (310) 919-3037
E-mail: adam.gafni@wgfllp.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Barry Rosen

Plaintiff(s)

v.

Imagevenue.com, Contact Privacy Inc.
Tucows, Inc., iWeb Technologies Inc. and
Does 1 through 10,

Defendant(s).

CASE NUMBER

CV13-1742 SJO (MANx)

REQUEST FOR APPROVAL OF
SUBSTITUTION OF ATTORNEY

Barry Rosen
*Name of Party*

☑ Plaintiff   ☐ Defendant   ☐ Other

hereby requests that the Court approve the substitution of Adam I. Gafni
as attorney of record instead of Barry Rosen (Pro Se)

*New Attorney*

*Present Attorney*

Dated 7/11/13

s/ Adam I. Gafni
*Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated 7/11/13

*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated 7/11/13

s/ Adam I. Gafni
*Signature of New Attorney*
230045
*State Bar Number*

If party requesting to appear Pro Se:

Dated 7/11/13

*Signature of Requesting Party*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.**

G-01 (07/12)   REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY