ADAM I. GAFNI, SBN 230045
WOOLF GAFNI & FOWLER LLP
10850 Wilshire Blvd., Suite 510
Los Angeles, CA 90024
Tel: (310) 474-8776
Fax: (310) 919-3037
E-mail: adam.gafni@wgfllp.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Barry Rosen | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV13-1742 SJO (MANx) |
| v. | |
| Imagevenue.com, Contact Privacy Inc., Tucows, Inc., iWeb Technologies Inc. and Does 1 through 10 | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

The Court hereby orders that the request of:

Barry Rosen     ✓ Plaintiff     Defendant     Other _____
_Name of Party_

to substitute  Adam I. Gafni _____ who is

✓ Retained Counsel     Counsel appointed by the Court (Criminal cases only)     Pro Se

10850 Wilshire Blvd., Suite 510 _____
_Street Address_

Los Angeles, CA 90024 _____    adam.gafni@wgfllp.com _____
_City, State, Zip_                      _E-Mail Address_

(310) 474-8776 _____    (310) 919-3037 _____    230045 _____
_Telephone Number_         _Fax Number_                _State Bar Number_

as attorney of record instead of  Barry Rosen (Pro Se) _____
                                  _Present Attorney_

**is hereby**     **GRANTED**     **DENIED**


Dated _____      _____
                                    U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (06/13)     ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY