ADAM I. GAFNI, Cal. Bar No. 230045
WOOLF GAFNI & FOWLER LLP
10850 Wilshire Blvd., Suite 510
Los Angeles, CA 90024
Tel: (310) 474-8776
Fax: (310) 919-3037
E-mail: adam.gafni@wgfllp.com

Attorneys for Plaintiff BARRY ROSEN

Andrew P. Bridges, Cal. Bar No. 122761
Ilana S. Rubel, Cal. Bar No. 221517
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: (415) 875 2389
Fax: (415) 281-1350
Email: abridges@fenwick.com

Attorneys for Defendant IWEB TECHNOLOGIES INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barry Rosen,<br><br>  Plaintiff,<br><br>  vs.<br><br>Imagevenue.com, Contact Privacy Inc., iWeb Technologies Inc. and Does 1 through 10,<br><br>  Defendants. | **Case No. CV13-1742 SJO (MANx)**<br><br>**STIPULATION REGARDING RESPONSE TO ORIGINAL OR AMENDED COMPLAINT** |

1

Pursuant to Local Rule 8-3 and Paragraph 20 of Judge Otero's Civil Standing Order, Defendant iWeb Technologies Inc. ("Defendant") and Plaintiff Barry Rosen ("Plaintiff"), hereby stipulate as follows:

1. On July 5, 2013, Defendant was served with a copy of the Complaint. Its deadline to respond to the Complaint is currently July 26, 2013.

2. Defendant, a Canadian company, has not yet retained counsel to defend the case.

3. Plaintiff has recently retained counsel to pursue the case on his behalf in place of his *pro se* handling of the case.  Plaintiff's counsel is now reviewing the matter with a view to a potential filing of a First Amended Complaint.

4. Andrew P. Bridges and Ilana S. Rubel of Fenwick & West LLP have authority to enter into this stipulation but are not otherwise appearing for Defendant, while Defendant decides on representation.

5. In the event that Plaintiff files a First Amended Complaint, it may be served upon Andrew P. Bridges and Ilana S. Rubel of Fenwick & West via email and be deemed effective service upon Defendant.  In such event, Defendant shall have forty-five (45) days from the filing of such an Amended Complaint to file an Answer.

6. In the event that Plaintiff opts to proceed with his original Complaint instead of filing an amended complaint, Plaintiff's counsel shall notify Andrew P. Bridges and Ilana S. Rubel of Fenwick & West of that decision by email.  In that event, Defendant shall have thirty (30) days from such notification to respond to the original Complaint.

7. Until Plaintiff either serves an amended Complaint or notifies Mr. Bridges and Ms. Rubel about his intention to proceed with the original Complaint, Defendant shall not have an obligation to respond to the Complaint.

8. Good cause exists to approve this Stipulation in order to conserve the resources of the parties and avoid wasted effort pending a decision on representation of Defendant and a decision by Plaintiff on whether to file and serve a First Amended Complaint. There have been no previous extensions of time in the case, and this request will not alter any deadlines or events in the case.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: July 24, 2013　　　　　　　　　　WOOLF GAFNI & FOWLER LLP

By: /s/ Adam I. Gafni

Adam I. Gafni
Attorneys for Plaintiff
BARRY ROSEN

Dated: July 24, 2013　　　　　　　　　　FENWICK & WEST LLP

By: *Andrew P. Bridges*
Andrew P. Bridges
Ilana S. Rubel

Attorneys for Defendant
iWeb Technologies, Inc.

Pursuant to Local Rule 5-4.3.4, Andrew P. Bridges attests that the other signatory concurs in the content of this document and has authorized its filing.