| | |
|---|---|
| 1 | ADAM I. GAFNI, Cal. Bar No. 230045 |
| 2 | WOOLF GAFNI & FOWLER LLP |
|   | 10850 Wilshire Blvd., Suite 510 |
| 3 | Los Angeles, CA 90024 |
| 4 | Tel: (310) 474-8776 |
|   | Fax: (310) 919-3037 |
| 5 | E-mail: adam.gafni@wgfllp.com |
| 6 | |
|   | Attorneys for Plaintiff BARRY ROSEN |
| 7 | |
| 8 | Andrew P. Bridges, Cal. Bar No. 122761 |
| 9 | Ilana S. Rubel, Cal. Bar No. 221517 |
|   | FENWICK & WEST LLP |
| 10 | 555 California Street, 12th Floor |
| 11 | San Francisco, CA 94104 |
|    | Tel: (415) 875 2389 |
| 12 | Fax: (415) 281-1350 |
| 13 | Email: abridges@fenwick.com |
| 14 | Attorneys for Defendant IWEB TECHNOLOGIES INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barry Rosen, | |
|  Plaintiff, | **Case No. CV13-1742 SJO (MANx)** |
|  vs. | **[PROPOSED] ORDER REGARDING RESPONSE TO ORIGINAL OR AMENDED COMPLAINT** |
| Imagevenue.com, Contact Privacy Inc., iWeb Technologies Inc. and Does 1 through 10, | |
|  Defendants. | |

1

Pursuant to the parties' stipulation, IT IS ORDERED that:

1. In the event that Plaintiff files a First Amended Complaint, it may be served upon Andrew P. Bridges and Ilana S. Rubel of Fenwick & West via email and be deemed effective service upon Defendant. In such event, Defendant shall have forty-five (45) days from the filing of such an Amended Complaint to file an Answer.

2. In the event that Plaintiff opts to proceed with his original Complaint instead of filing an amended complaint, Plaintiff's counsel shall notify Andrew P. Bridges and Ilana S. Rubel of Fenwick & West of that decision by email. In that event, Defendant shall have thirty (30) days from such notification to respond to the original Complaint.

3. Until Plaintiff either serves an amended Complaint or notifies Mr. Bridges and Ms. Rubel about his intention to proceed with the original Complaint, Defendant shall not have an obligation to respond to the Complaint.

Dated: July ___, 2013

_____
Hon. S. James Otero
United States District Judge