1  ADAM I. GAFNI, Cal. Bar No. 230045
2  WOOLF GAFNI & FOWLER LLP
   10850 Wilshire Blvd., Suite 510
3  Los Angeles, CA 90024
4  Tel: (310) 474-8776
   Fax: (310) 919-3037
5  E-mail: adam.gafni@wgfllp.com

6
   Attorneys for Plaintiff BARRY ROSEN   SJO   7/26/13
7

8  Andrew P. Bridges, Cal. Bar No. 122761
9  Ilana S. Rubel, Cal. Bar No. 221517
   FENWICK & WEST LLP
10 555 California Street, 12th Floor
11 San Francisco, CA 94104
   Tel: (415) 875 2389
12 Fax: (415) 281-1350
13 Email: abridges@fenwick.com

14
   Attorneys for Defendant IWEB TECHNOLOGIES INC.
15

16            UNITED STATES DISTRICT COURT

17            CENTRAL DISTRICT OF CALIFORNIA

18

19

20
   Barry Rosen,
21
              Plaintiff,                Case No. CV13-1742 SJO (MANx)
22
        vs.                             [PROPOSED] ORDER
23                                      REGARDING RESPONSE TO
                                        ORIGINAL OR AMENDED
24 Imagevenue.com, Contact Privacy Inc., COMPLAINT
   iWeb Technologies Inc. and Does 1
25 through 10,
26
              Defendants.
27

28
                            1

# DENIED
## BY ORDER OF THE COURT

Pursuant to the parties' stipulation, IT IS ORDERED that:

1.      In the event that Plaintiff files a First Amended Complaint, it may be served upon Andrew P. Bridges and Ilana S. Rubel of Fenwick & West via email and be deemed effective service upon Defendant.  In such event, Defendant shall have forty-five (45) days from the filing of such an Amended Complaint to file an Answer.

2.      In the event that Plaintiff opts to proceed with his original Complaint instead of filing an amended complaint, Plaintiff's counsel shall notify Andrew P. Bridges and Ilana S. Rubel of Fenwick & West of that decision by email.  In that event, Defendant shall have thirty (30) days from such notification to respond to the original Complaint.

3.      Until Plaintiff either serves an amended Complaint or notifies Mr. Bridges and Ms. Rubel about his intention to proceed with the original Complaint, Defendant shall not have an obligation to respond to the Complaint.

Dated:  July ___, 2013

_____
Hon. S. James Otero
United States District Judge

2