ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
ILANA S. RUBEL (CSB No. 221517)
irubel@fenwick.com
LIWEN MAH (CSB No. 239033)
lmah@fenwick.com
KATHLEEN LU (CSB No. 267032)
klu@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.875.2300
Facsimile:   415.281.1350

Attorneys for Defendant
IWEB TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Barry Rosen,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IMAGEVENUE.COM.; CONTACT PRIVACY INC.; IWEB TECHNOLOGIES, INC. and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 13-cv-01742 SJO (MAN)<br><br>**DEFENDANT IWEB TECHNOLOGIES, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

ANSWER

CASE NO. 13-cv-01742 SJO (MAN)

# IWEB TECHNOLOGIES, INC.'S AFFIRMATIVE AND OTHER DEFENSES

Defendant iWeb Technologies, Inc. ("iWeb") asserts the following defenses, whether affirmative or otherwise. iWeb reserves all further defenses that may now or in the future exist based on discovery and further factual investigation in the case.

1. There is no extraterritorial application of the Copyright Act.
2. This Court has no subject matter jurisdiction over activity entirely outside the United States.
3. The Court lacks personal jurisdiction over iWeb.
4. This Court is not a proper venue for this action.
5. Process is and was insufficient.
6. Service of process is and was insufficient.
7. The Complaint and each claim within it fail to allege facts sufficient to state a cause of action.
8. The lack of any volitional action by iWeb relating to infringement bars iWeb's liability.
9. iWeb's lack of culpable intent regarding alleged underlying infringements bars the claims against iWeb.
10. iWeb's lack of specific knowledge of alleged underlying infringements bars the claims against iWeb.
11. iWeb's lack of any *respondeat superior* relationship with any alleged infringers bars iWeb's vicarious liability.
12. iWeb's lack of direct financial profit from the alleged underlying infringements bars the claims against iWeb.
13. The fair use doctrine bars Plaintiff's claims.
14. The doctrine of unclean hands bars Plaintiff's claims.
15. The doctrine of copyright misuse bars Plaintiff's claims.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

16. Plaintiff's failure to mitigate damages bars Plaintiff's claims.

17. Waiver and estoppel bar Plaintiff's claims.

18. Lack of ownership of the alleged copyrights bars Plaintiff's claims with respect to any copyrights that Plaintiff does not own.

19. To the extent that Plaintiff or his predecessors did not register copyrights before alleged infringements or within three months of first publication of published works, the failure to register timely bars Plaintiff's claims for statutory damages and attorney's fees.

20. To the extent that Plaintiff or his predecessors did not register copyrights before alleged infringements of unpublished works, the failure to register timely bars Plaintiff's claims for statutory damages and attorney's fees.

21. Plaintiff's claims for statutory damages violate the First, Fifth, and Eighth Amendments to the United States Constitution.

22. The lack of statutory causes of action for contributory infringement and vicarious liability bars Plaintiff's claim for statutory damages for those alleged causes of action.

23. The Court lacks jurisdiction to adjudicate claims of infringement of copyrights for which Plaintiff does not own a registration, and this case is not yet ripe for adjudication of infringements of copyrights for which Plaintiff does not own a registration.

## IWEB TECHNOLOGIES, INC.'S REPONSES TO NUMBERED PARAGRAPHS OF COMPLAINT

Defendant iWeb responds to the specific numbered paragraphs of the Complaint as follows.

1. iWeb admits that this action purports to arise under the Copyright Act. iWeb denies the remainder of paragraph 1 of the Complaint.

2. iWeb denies paragraph 2 of the Complaint.

3. iWeb denies paragraph 3 of the Complaint.

4. iWeb denies the second sentence of paragraph 4 of the Complaint. iWeb lacks information or belief sufficient to admit or deny the other allegations of paragraph 4 of the Complaint and therefore denies the allegations.

5. iWeb denies paragraph 5 of the Complaint.

## FIRST CLAIM

6. iWeb repeats and incorporates here its responses to paragraphs 1–5 above.

7. iWeb lacks information or belief sufficient to admit or deny paragraph 7 of the Complaint and therefore denies the paragraph.

8. iWeb lacks information or belief sufficient to admit or deny paragraph 8 of the Complaint and therefore denies the paragraph.

9. iWeb lacks information or belief sufficient to admit or deny paragraph 9 of the Complaint and therefore denies the paragraph.

10. iWeb lacks information or belief sufficient to admit or deny paragraph paragraph 10 of the Complaint and therefore denies the paragraph.

11. iWeb denies paragraph 11 of the Complaint.

12. iWeb denies paragraph 12 of the Complaint.

13. iWeb denies paragraph 13 of the Complaint.

14. iWeb denies paragraph 14 of the Complaint.

15. iWeb denies paragraph 15 of the Complaint.

16. iWeb denies paragraph 16 of the Complaint.

17. iWeb denies paragraph 17 of the Complaint.

18. iWeb denies paragraph 18 of the Complaint.

19. iWeb denies paragraph 19 of the Complaint.

20. iWeb denies paragraph 20 of the Complaint.

## PRAYER FOR RELIEF

Defendant iWeb requests the following relief:

- that the Court enter judgment in favor of iWeb, dismissing Plaintiff's entire action as to it;
- that the Court award iWeb its costs (including attorneys' fees) as a prevailing defendant pursuant to the Copyright Act in connection with this action; and
- that the Court grant all other relief as this Court deems just and equitable.

## DEMAND FOR JURY TRIAL

Defendant iWeb requests trial by jury.

Dated: July 29, 2013

FENWICK & WEST LLP

By: /s/ Andrew P. Bridges
Andrew P. Bridges
Ilana S. Rubel
Liwen Mah
Kathleen Lu

Attorneys for Defendant
IWEB TECHNOLOGIES, INC.

| | |
|---|---|
| 1 | ANDREW P. BRIDGES (CSB No. 122761) |
| 2 | abridges@fenwick.com |
|   | ILANA S. RUBEL (CSB No. 221517) |
| 3 | irubel@fenwick.com |
|   | LIWEN MAH (CSB No. 239033) |
| 4 | lmah@fenwick.com |
|   | KATHLEEN LU (CSB No. 267032) |
| 5 | klu@fenwick.com |
|   | FENWICK & WEST LLP |
| 6 | 555 California Street, 12th Floor |
| 7 | San Francisco, CA  94104 |
|   | Telephone:  415.875.2300 |
| 8 | Facsimile:   415.281.1350 |
| 9 | Attorneys for Defendant |
|   | IWEB TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Barry Rosen, | Case No.: 13-cv-01742 SJO (MAN) |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| IMAGEVENUE.COM.; CONTACT PRIVACY INC.; IWEB TECHNOLOGIES, INC. and DOES 1 through 10, inclusive, | |
| Defendants. | |

The undersigned declares as follows:

I am a citizen of the United States and employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, CA 94104. On July 29, 2013, I caused copies of the following document to be served:

**DEFENDANT IWEB'S TECHNOLGIES, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR TRIAL BY JURY**

☑ By United States mail, first class, to:

Barry Rosen
PO Box 48032
Los Angeles, CA 90048

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Dated: July 29, 2013          _____
                                               Margaret E. Vertin

CERTIFICATE OF SERVICE         2         CASE NO. 13-cv-01742 SJO (MAN)