# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff(s) <br> v. <br><br> Defendant(s). | CASE NUMBER <br><br> ORDER ON <br> REQUEST FOR APPROVAL OF <br> SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

_____   ☐ Plaintiff   ☐ Defendant   ☐ Other _____
*Name of Party*

to substitute _____ who is

☐ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

_____
*Street Address*

_____          _____
*City, State, Zip*                                               *E-Mail Address*

_____   _____   _____
*Telephone Number*                         *Fax Number*                                *State Bar Number*

as attorney of record instead of _____
*Present Attorney*

**is hereby**   ☐ **GRANTED**      ☐ **DENIED**

                                                                                    *S. James Otero* (signature)

Dated _____          _____
                                                                        U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (06/13)          **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**