ADAM I. GAFNI, Cal. Bar No. 230045
ROSY S. MEYEROWITZ, Cal. Bar No. 265707
**WOOLF GAFNI & CIRLIN LLP**
10850 Wilshire Blvd., Suite 510
Los Angeles, CA 90024
Tel: (310) 474-8776
Fax: (310) 919-3037
E-mail: adam.gafni@wgclawyers.com

Attorneys for Plaintiff, BARRY ROSEN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN, | **Case No. CV13-1742 SJO (MANx)** |
| PLAINTIFF, | |
| VS. | **NOTICE OF SETTLEMENT** |
| IMAGEVENUE.COM; CONTACT PRIVACY, INC.; TUCOWS, INC.; IWEB TECHNOLOGIES INC.; HOSTFIN LIMITED; YURA SLOBODSKOI; VLADIMIR V. LEVYKIN A.K.A VLADIMIR V. LEUYKIN A.K.A. VLAD LEVYKIN; AND DOES 1 THROUGH 10, | |
| DEFENDANTS. | |
| | Complaint filed: March 11, 2013 |

PLEASE TAKE NOTICE, that a settlement has been reached between Plaintiff, BARRY ROSEN ("Plaintiff") and Defendants Imagevenue.com, Hostfin LTD, and Vladimir Levykin, ("Defendants") (the "Parties") in the above referenced action, brought before the United States District Court, Central District of California.

1  The parties expect that a dismissal will be filed within the next 30 days
2 which disposes of this matter in its entirety.
3  Accordingly, the parties respectfully request the Court vacate all of the
4 dates currently on calendar including the hearing on Defendants' Motion to
5 Dismiss (Docket No. 117) and all related dates.

7 Dated:  September 24, 2014          WOOLF GAFNI & CIRLIN LLP

9                                     By:  /s/ Adam I. Gafni
                                           Adam I. Gafni
                                           Attorneys For Plaintiff, BARRY ROSEN

12 Dated:  September 24, 2014          WINSTON & STRAWN LLP

15                                     By:  /s/ Jennifer A. Golinveaux
                                           Jennifer A. Golinveaux
                                           Attorneys for Defendants
                                           IMAGEVENUE.COM, HOSTFIN
                                           LIMITED, AND VLADIMIR
                                           LEVYKIN

20  As the attorney electronically filing, I attest that Jennifer A. Golinveaux has concurred in this filing

22 Dated:  September 24, 2014          WOOLF GAFNI & CIRLIN LLP

24                                     By:  /s/ Adam I. Gafni
                                           Adam I. Gafni
                                           Attorneys For Plaintiff, BARRY ROSEN