ADAM I. GAFNI, ESQ. (SBN 230045)
WOOLF GAFNI & CIRLIN LLP
10850 Wilshire Blvd., Suite 510
Los Angeles, CA 90024
Telephone: (310) 474-8776
Facsimile: (310) 919-3037

*Attorneys for Plaintiff Barry Rosen*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN,<br><br>    Plaintiff,<br><br>vs.<br><br>IMAGEVENUE.COM, CONTACT PRIVACY INC., TUCOWS, INC., IWEB TECHNOLOGIES INC. AND DOES 1 THROUGH 10,<br><br>    Defendants. | Case No. CV13-01742 SJO (MANx)<br><br>Assigned to U.S. District Judge S. James Otero<br><br>**NOTICE OF ERRATA RE: JOINT STIPULATION TO DISMISSAL OF ACTION WITH PREJUDICE DOCKET NO. 126 INADVENTATLY UPLOADED** |

PLEASE TAKE NOTICE that Plaintiff Barry Rosen hereby corrects its filing submitted as Joint Stipulation To Dismissal of Action With Prejudice (Docket No. 126).  The correct Stipulation is attached hereto as Exhibit 1.

                                                                WOOLF GAFNI & CIRLIN LLP

Dated: October 7, 2014                          By:/s/_____
                                                                Adam I. Gafni
                                                                *Attorneys for Plaintiff Barry Rosen*

# EXHIBIT 1

<div style="writing-mode: vertical">Winston & Strawn LLP<br/>333 S. Grand Avenue<br/>Los Angeles, CA 90071-1543</div>

1 Jennifer A. Golinveaux (SBN: 203056)
jgolinveaux@winston.com
2 Diana L. Hughes (SBN: 267606)
dhughes@winston.com
3 WINSTON & STRAWN LLP
101 California Street
4 San Francisco, CA 94111-5802
Tel:  (415) 591-1000
5 Fax: (415) 591-1400

6 Andrew S. Jick (SBN: 278943)
ajick@winston.com
7 WINSTON & STRAWN LLP
333 S. Grand Avenue
8 Los Angeles, CA 90071-1543
Tel:  (213) 615-1700
9 Fax: (213) 615-1750

10 Attorneys for Defendants
IMAGEVENUE.COM, HOSTFIN LTD.,
11 and VLADIMIR LEVYKIN

12 Adam I. Gafni (SBN: 230045)
adam.gafni@wgclawyers.com
13 WOOLF GAFNI & CIRLIN LLP
10850 Wilshire Blvd, Suite 510
14 Los Angeles, CA 90024
Tel:  (310) 474-8776
15 Fax: (310) 919-3037

16 Attorneys for Plaintiff BARRY ROSEN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN,<br><br>            Plaintiff,<br><br>    vs.<br><br>IMAGEVENUE.COM; CONTACT PRIVACY, INC.; TUCOWS, INC.; IWEB TECHNOLOGIES INC.; HOSTFIN LIMITED; YURA SLOBODSKOI; VLADIMIR V. LEVYKIN A.K.A VLADIMIR V. LEUYKIN A.K.A. VLAD LEVYKIN; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>            Defendants. | Case No. CV13-1742 SJO (MANx)<br><br>**JOINT STIPULATION TO DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[Proposed] Order Concurrently Lodged |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Barry Rosen, by and through his counsel of record, hereby requests dismissal of the above-referenced action in its entirety with prejudice. Defendants Imagevenue.com, Hostfin Limited, and Vladimir Levykin, by and through their counsel of record, hereby stipulate to Plaintiff's request. The parties stipulate and agree that each party will bear its own costs and fees.

Dated: October 7, 2014

**WOOLF GAFNI & CIRLIN LLP**

By: */s/ Adam I. Gafni*
    Attorneys for Plaintiff Barry Rosen

Dated: October 7, 2014

**WINSTON & STRAWN LLP**

By: */s/ Jennifer A. Golinveaux*
    Jennifer A. Golinveaux
    Attorneys for Defendants
    Imagevenue.com, Hostfin Limited,
    and Vladimir Levykin

SF:378887.2

---

1

JOINT STIPULATION TO DISMISSAL OF ACTION WITH PREJUDICE
CASE NO. CV13-01742-SJO (MANx)